UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ALBERT BAGGETT, | No. 1:24-cv-01013 GSA (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| CITY OF FRESNO, et al., | (ECF No. 2) |
| Defendants. | |

Plaintiff, an individual proceeding pro se who appears to be civilly committed,[1] seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C.§ 1915(a). ECF No. 2. Accordingly, the request to proceed in forma pauperis will be granted.

As a civil detainee, Plaintiff is not a prisoner within the meaning of the Prison Litigation Reform Act. See Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000). Therefore, he is not required to provide a copy of a prisoner trust fund account statement, nor is he required to exhaust administrative remedies. Id. However, if at any point during these proceedings Plaintiff's civil

---

[1] According to Plaintiff's complaint, he is currently incarcerated at Atascadero State Hospital. See ECF No. 1 at 1 (Plaintiff's address on cover page of complaint).

1

detainee status changes, he may become subject to these requirements and/or he may be required to file a new application to proceed in forma pauperis.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed in forma pauperis (ECF No. 2) is GRANTED.

IT IS SO ORDERED.

    Dated:   **September 29, 2024**　　　　　　　　　**/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE