UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ALBERT BAGGETT, | No. 1:24-cv-01013 GSA (PC) |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO FILE NOTICE OF CURRENT ADDRESS WITH COURT |
| v. | |
| CITY OF FRESNO, et al., | Fed. R. Civ. P. 183(b) |
| Defendants. | PLAINTIFF'S NOTICE OF CURRENT ADDRESS DUE IN FOURTEEN DAYS |

Plaintiff, an individual who appears to be a former civil detainee, is proceeding pro se and in forma pauperis in this matter. He has filed it seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

For the reasons stated below, Plaintiff will be ordered to file a notice of current address with the Court. Plaintiff will be given fourteen days to do so.

I.   RELEVANT FACTS

On August 14, 2024, Plaintiff's complaint and his application to proceed in forma pauperis were docketed in Sacramento, and new case documents along with a consent form were sent to him. ECF Nos. 1-3 (complaint; in forma pauperis application; new case / consent documents, respectively). A couple of weeks later, the matter was transferred to this division.

1   See ECF No. 4 (intradistrict transfer order).

2        On August 26, 2024, the new case / consent documents that had been sent to Plaintiff
3   were returned to the Court marked "Undeliverable, Not at Facility."  Thereafter, on September 5,
4   2024, both the Court's intradistrict transfer order and the new case documents that had been sent
5   to Plaintiff were also returned to the Court marked "Undeliverable, Unable to Forward."

6        On September 30, 2024, the Court granted Plaintiff's application to proceed in forma
7   pauperis, and the order was served on him.  See ECF No. 6 (html receipt).  To date, however, that
8   order has not been returned to the Court marked "undeliverable."

9       II.    DISCUSSION

10      Local Rule 183(b) requires litigants who are appearing in propria persona to keep the
11  Court and opposing parties advised of their current addresses.  Without current party addresses,
12  pleadings and filings cannot be properly served, and matters before a court cannot move forward.

13      Given the stated facts, it is unclear whether the address that Plaintiff has on file is correct.
14  Therefore, out of an abundance of caution, prior to screening the complaint, Plaintiff will be
15  ordered to file a notice of current address with the Court.  He will be given fourteen days to do so.

16      Accordingly, IT IS HEREBY ORDERED that:

17      1.  Consistent with Local Rule 183(b), Plaintiff shall file a notice of current address with
18  the Court, and

19      2.  Plaintiff shall have fourteen days to comply with this order.

20  **Plaintiff is cautioned that failure to comply with this order within the time allotted**
21  **may result in a recommendation that this matter be dismissed.**

22
23
24  IT IS SO ORDERED.

25     Dated:  **November 5, 2024**             **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE
26
27
28